ACCEPTED
03-14-00460-CV
4418859
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 12:05:27 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00460-CV

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 12:05:27 PM
JEFFREY D. KYLE
Clerk

### SANDRA FORD AND THE RUBY AND ANNIE SMITH FAMILY PARTNERSHIP,
*Appellant*

### V.

### WILLIAM RUTH, JUDGMENT CREDITOR
*Appellee*

---

## Appealed from the 424th Judicial District Court San Saba County, Texas
## Cause No. 9145

---

## APPELLE WILLIAM RUTH, JUDGMENT CREDITOR'S, MOTION TO EXTEND TIME TO RESPOND TO APPELLANTS'S JOINT BRIEF

Frederick F. Hoelke
Attorney at Law
State Bar No. 09775600
26545 IH-10 West
Boerne Texas 78006
fredhoelke@aol.com
(210)-444-0999 Telephone
(210)-787-3881 Facsimile

1

*Motion For Extension of Time to Respond to Joint Brief*

## APPELLEE'S MOTION TO EXTEND TIME TO RESPOND TO APPELLANTS' JOINT BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellee William Ruth, Judgment Creditor, ( hereinafter "Ruth" and files this Appellees's motion to Extend Time to Respond to Appellants' Joint Brief, and in support, would respectfully show:

Appellants filed their Joint Brief on January 22, 2015 with the clerk of the Court, accepting the same on January 23, 2015.

Robert P. Wilson, Co-Counsel for Appellee, is not a part of the legal representation as of February 9, 2015.

Movant's counsel, a solo practitioner, has taken over the practice of another counsel as of the 1st day of February, 2015 and has been working long hours in assimilating the practice of this counsel, Mr. Wilson, and in addition movant's counsel is mentoring a two-year lawyer.

Prior to taking over the practice of Mr. Wilson movant was involved in two jury trials one in Bexar County and one in Kendall County coupled with participating in 5 depositions and one mediation there was and has not been enough time to properly approach the responsive brief.

*Motion For Extension of Time to Respond to Joint Brief*

As a result, Appellee requires at least 30 days from the time of the filing of this motion in order to appropriately respond to the joint brief filed by the Appellants.

This motion is not brought for the purpose of delay but only so that justice may be done.

Respectfully Submitted,

LAW OFFICES OF FREDERICK F. HOELKE

By: _____

Frederick F. Hoelke
SBN: 09775600
26545 IH-10 West,
Boerne, Texas 78006
(210)-444-0999 Telephone
(210)-787-3881 Facsimile
fredhoelke@aol.com
Attorney for ~~Appellant Don C. Reser~~

## VERIFICATION

Before the undersigned authority personally appeared Frederick F. Hoelke who upon his oath declared:

"I have read the foregoing and swear the operative facts therein are true."

Further, affiant sayeth not.

Frederick F. Hoelke

Subscribed and sworn before me this _____ day of March, 2015

Notary Public

LINDA J. KILLIAN
Notary Public, State of Texas
My Commission Expires
December 26, 2016

## CERTIFICATE OF CONFERENCE

I certify that on March 9, 2015, I contacted the office of Coby D. Smith and Burt L. Burnett by phone and have attempted in good faith to reach an agreement about the subject matter of this Motion. Appellants oppose this motion.

Frederick F. Hoelke

4

*Motion For Extension of Time to Respond to Joint Brief*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, Appellee William Ruth, Judgment Creditor's, Motion for Extension of Time to Respond to Joint Brief, was served to those listed below on March 9, 2015 as follows:

Coby D. Smith
Brackett & Ellis, P.C.
100 Main Street
Fort Worth, TX 76102-3090
Fax: 817-870-2265
csmith@belaw.com


Burt L Burnett
Burnett Law Firm P.L.L.C.
P.O. Box 1521
Abilene, Texas 79604
BurtLBurnett@yahoo.com

Frederick F. Hoelke